PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
**FILED**
SEP 13 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deric Lostutter          Case Number: 5:16-CR-62-DCR-01

Name of Judicial Officer: Honorable Danny C. Reeves, U.S. District Judge

Date of Original Sentence: March 8, 2017

Original Offense: 18 U.S.C. § 371: Conspiracy to Commit Offense or to Defraud the United States &
18 U.S.C. § 1001(a)(2): False Statement to FBI Agents

Original Sentence: 24 months imprisonment, to be followed by three years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: September 11, 2018

Assistant U.S. Attorney: Neeraj K. Gupta          Defense Attorneys: Tor Ekeland, Frederic B. Jennings & Mark Jaffe

### PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance
1               Possession of Devices With Access to an Internet Service Provider

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

Case: 5:16-cv-00267-DCR  Doc #: 1484  Filed: 09/13/18  Page: 2 of 2 - Page ID#: 1294

September 13, 2018
Page 2

RE: LOSTUTTER, Deric
    Dkt. # 5:16-CR-62-DCR-01
    **PROB 12C**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2018

*/s/ Nick Jones*

Nick Jones
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant (Matter Sealed Pending Arrest).

☒ The issuance of a summons.    *Hearing date to be set by U.S. Mag. Judge* /DCR/

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

*/s/* 
Signature of Judicial Officer

September 13, 2018
Date