UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

| | |
|---|---|
| DERIC LOSTUTTER, | |
|     Plaintiff, | Civil Action No. 6:18-277-KKC |
| v. | |
| COMMONWEALTH OF KENTUCKY, ET AL., | **ORDER** |
|     Defendants. | |

This matter is before the Court on the defendant's motion to dismiss. [R. 18]. Ordinarily, a plaintiff would be required to file a response to such a motion within 21 days. *See* Local Rule 7.1(c). However, in light of the plaintiff's pro se status, the Court will grant him additional time to respond.

Accordingly, it is **ORDERED** that:

1. By no later than Friday, January 4, 2019, the plaintiff **MUST** file a response to the defendant's motion to dismiss.

2. The defendant **MAY** then file any reply within 14 days after the plaintiff files his response.

3. After the foregoing time periods have passed, the motion to dismiss will stand submitted for a decision by this Court.

Dated December 3, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY