UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| **DERIC LOSTUTTER** | CIVIL NO. 6:18-277-KKC |
| **Plaintiff,** | |
| v. | **ORDER** |
| **MATT BEVIN,** *being sued in his official capacity as Governor of the Commonwealth of Kentucky and member of Kentucky Parole Board,* | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

On the Court's own motion, the hearing on October 18, 2019 is converted to a *telephonic* hearing and is RESCHEDULED to **October 24, 2019 at 11:30 a.m.** The parties are instructed to call 888-684-8852, using access code 6823688. Please dial in a few minutes before the conference is scheduled to begin.

Dated September 13, 2019

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY