**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON**

| | |
|---|---|
| **DERIC JAMES LOSTUTTER**, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>**ANDY BESHEAR**, in his official capacity )<br>as **GOVERNOR OF THE** )<br>**COMMONWEALTH OF KENTUCKY** )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>6:18-cv-00227-KKC<br>**ELECTRONICALLY FILED** |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the undersigned, S. Travis Mayo, Chief Deputy General Counsel, and Taylor Payne, Deputy General Counsel, hereby enter appearances on behalf of Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, the substituted Defendant in this matter pursuant to Fed. R. Civ. P. 25(d). Please direct all service on the Governor to the address below the signature line.

/s/*Taylor Payne*
S. Travis Mayo (KBA # 92628)
Chief Deputy General Counsel
Taylor Payne (KBA # 93524)
Deputy General Counsel
Office of the Governor
700 Capitol Building, Suite 106
Frankfort, Kentucky 40601
Phone: 502-564-2611
Travis.Mayo@ky.gov
Taylor.Payne@ky.gov

*Counsel for the Governor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2020 the foregoing Notice of Entry of Appearance was electronically filed with the Clerk of this Court and served to counsel of record via the Court's CM/ECF system. Parties may access the filing through the court's CM/ECF system.

      /s/*Taylor Payne*
      Taylor Payne
      Deputy General Counsel

      *Counsel for the Governor*