UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

DERIC LOSTUTTER, et al.  )
                         )
    *Plaintiff*,         )
                         )   **Civil No. 6:18-cv-277-KKC**
    v.                   )
                         )
COMMONWEALTH OF          )
KENTUCKY, *et al.*       )
                         )
    *Defendants*.        )

**ORDER**

This matter is before the Court on Plaintiffs' Motion To Dismiss Plaintiffs Harbin, Comer, and Fox's Claims As Moot. **IT IS ORDERED** that Plaintiffs' Motion To Dismiss Plaintiffs Harbin, Comer, and Fox's Claims As Moot is **GRANTED**.

Plaintiffs Harbin, Comer, and Fox's claims are hereby **DISMISSED** as moot.

DATED: March 13, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1